RECEIVED

JUL 2 8 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANET MARIE DAVIS | CIVIL ACTION NO. 6:14-cv-02300 |
| VERSUS | JUDGE DOHERTY |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **REVERSED** and **REMANDED**, pursuant to the fourth sentence of 42 U.S.C. § 405(g),[1] and the Commissioner shall reevaluate the severity of the claimant's alleged impairments, reevaluate the claimant's residual functional capacity, and reevaluate whether the claimant has been disabled since July 28, 2011. The claimant

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

Signed at Lafayette, Louisiana, this 28 day of July 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE